IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HOUSTON ANDREW WHITE                                       PLAINTIFF

V.                                       CIVIL ACTION NO. 4:20-CV-00054-RP

MARSHALL TURNER, et al.                                 DEFENDANTS

ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 27, 2020, Plaintiff Houston Andrew White, proceeding *pro se*, filed a complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. During the course of these proceedings, the Court has entered numerous orders directing Plaintiff to keep the court apprised of his current address, and cautioning that his failure to do so could result in the dismissal of this case. Doc. #s 9, 20, 29, 31. Despite such warnings, Plaintiff failed to comply with this directive. *See* Doc. #s 32, 40 (mail returned undeliverable because Plaintiff was discharged).

Because of his noncompliance, an Order was entered on February 9, 2021, directing Plaintiff to show cause, within twenty-one (21) days, why his case should not be dismissed for failure to prosecute and/or obey an order of the Court. Doc. # 36. Plaintiff has failed to respond to the show cause order, and the time for doing so has passed. Accordingly, the Court finds that the instant action is hereby **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 15th day of March, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE